UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYCOLA PANCHISHAK,

                        Plaintiff,

    v.

COUNTY OF ROCKLAND *and* FRANCIS McSHARAR,

                        Defendants.

No. 20-CV-10095 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    On September 27, 2021, the Court entered an Opinion & Order on Defendants' Motion To Dismiss, dismissing the Complaint without prejudice and instructing Plaintiff to file an amended complaint within 30 days. (*See* Op. & Order (Dkt. No. 19).) Plaintiff failed to file an amended complaint within 30 days, and on November 5, 2021, the Court entered an Order to Show Cause ordering Plaintiff to show cause by no later than December 5, 2021 as to why this case should not be dismissed for failure to prosecute. (*See* Order to Show Cause (Dkt. No. 20).)

    On November 9, 2021, the Court received a telephone call from Plaintiff in which he indicated that he did not receive a copy of the Court's September 27, 2021 Opinion & Order on Defendants' Motion to Dismiss. As such, the Court's November 5, 2021 Order to Show Cause is vacated. Plaintiff shall have 30 days from the date of this Order to file an amended complaint. Failure to file an amended complaint within 30 days could result in dismissal of this Action with prejudice.

2

The Clerk of Court is respectfully directed to mail a copy of this Order and of the September 27, 2021 Opinion & Order, (Dkt. No. 19), to Plaintiff.

SO ORDERED.

Dated: November 10, 2021
        White Plains, New York

                                      KENNETH M. KARAS
                                     United States District Judge