UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYCOLA PANCHISHAK,

    Plaintiff,

-v-

COUNTY OF ROCKLAND and FRANCIS McSHARAR,

    Defendants.

No. 20-CV-10095 (KMK)

JURY TRIAL DEMANDED

Pro Se Plaintiff's Motion to Reassign (change) the Judge on my case.

KENNETH M. KARAS, United States District Judge:

---

HONORABLE COURT, AND WHO IT MAY BE CONCERNED!

I RESPECTFULLY ASK THIS COURT TO REASSIGN A NEW JUDGE TO MY CASE.

MY REQUEST IS BASED ON FOLLOWING REASONS:

1) I DID FILE MY COMPLAINT IN MANHATTAN'S BRANCH OF THE SOUTHERN DISTRICT OF FEDERAL COURT... (NOT WHITE PLAINS- THERE WAS A CHOICE...)

2) JUDGE KARAS OF WHITE PLAINS

PAGE 1 OF 6

No 20-CV-10095 (KMK)

BRANCH:

1) AFTER MAKING HIS SEPTEMBER 27, 2021 "ORDER" DID NOT SEND OR ORDERED TO SEND ME A HARD COPY OF IT. (THERE IS NO OTHER WAY OF COMMUNICATION WITH A PRO SE PLAINTIFF, AT LEAST IN MY CASE.)

2) STRESSED ME OUT WITH HIS 11/5/21 "ORDER TO SHOW CAUSE" - WERE I WAS WRONGLY ACCUSED OF IGNORING COURTS 9/27/21 "ORDER" (WHICH I'VE NEVER GOT).

3) ON 11/15/21 I'VE RECEIVED AN AMENDED JUDGE'S KARAS "ORDER, DATED 11/10/21, STATING, THAT I HAVE 30 DAYS FOR REPLY, FROM THE DATE IT WAS ISSUED 11/10/21, - NOT 11/15/21 WHEN I RECEIVED IT (CUT 5 DAYS... LIKE PREVIOUS MISHAPS WERE MY FAULT.... THIS IS QUITE A PATTERN.

4) BUT THE MOST IMPORTANT REASON FOR MY REQUEST IS THIS:

<u>No 20-CV-10095 (KMK)</u>

a) IN HIS "OPINION & ORDER" JUDGE KARAS ON EVERY PAGE AND PARAGRAPH DIMINISHES, UNDERMINING AND BELITTLING THE FRESH AND YEARS LONG FACTS, DOCUMENTS AND SUFFERINGS - PHYSICAL (EKZEMA, HIGH BLOOD PRESSURE, NOSE BLEEDS) AND EMOTIONAL (ANXIETY, INSOMNIA) OF THE PRO SE PLAINTIFF.

HE IS BLUNTLY "STATING", THAT WHITE IS BLACK AND WISE VERSA. I AM SPEECHLESS.

b) HE IS REPEATEDLY INSULTING MY INTELLIGENCE ALONG THE WHOLE OF HIS "OPINION & ORDER" AND ESPECIALLY AT THE END (SEE HIS PAGES 19 & 20), WERE ACCORDING TO JUDGE KARAS IT IS:

- "THIS MISCONDUCT DOES NOT EXCEED "ALL BOUNDS USUALLY TOLERATED BY A DECENT SOCIETY..."

No 20-CV-10095 (KMK)

So in his "perception of decent society" is normal to, and well tolerated to: shout in the face of 50 years old, well respected, hard working streight man (me) (I am sure, that the any homosexual one, would not like it too) in presence of about 8 inmates I have supervised and spoke at the time to: my fellow Rockland County employee - the maintenance man Frank McSharur - "Quotation" - "I will fuck you in the ass hole with this broomstick!"

I am sorry, but this Honorable Judge Karas responce brought me back all the horrors - physical (ekzema, nosebleeds and high blood pressure) and emotional: anxiety attacks and insomnia

No 20-CV-10095 (KMK)

BACK. HE SUGGESTS, WELL HE IS A CORRECTION OFFICER - THATS A TOUGH JOB... YES IT IS... I RESPOND. I DID SIGN UP AND GOT A LOT OF VERBAL AND PHYSICAL HARASSMENT, FROM INMATES: - SPITS IN MY FACE, ETC. WHAT I DID NOT SIGN UP FOR, IT IS FOR SEXUAL AND OUTRAGEOUS ASSAULT BY FELLOW ILL TRAINED (IF ANY) ROCKLAND COUNTY EMPLOYEE. AND IT WAS DONE PUBLICALLY!

So I RESPECTFULLY ASK THIS COURT, TO REASSIGN A DIFFERENT HONORABLE JUDGE TO MY CASE. AND I HOPE TO GET A FAIR TRIAL BY UNPREJUSTED JURY.

RESPECTFULLY: PRO SE PLAINTIFF
MYCOLA PANCHISHAK
17 AMUNDSEN LANE.
NEW CITY, NY 10956

No. 20-CV-10095 (KMK)

TEL: (845) 709-4501
EMAIL: HEYMICKEY5@YAHOO.COM

New City on 11/18/2021

Mycole Paul Taylor M.

cc:

DEFENDANT HAS ACCESS TO ELECTRONIC MAIL, AND WILL GET IT FROM IT.

---

The Court denies Plaintiff's motion. There is no basis on which the Plaintiff makes this motion. "This case was randomly reassigned to [the Court] under Rule 4 of the Rules for the Division of Business Among District Judges (RDB). 'As their preamble makes clear, the RDB rules are adopted for the internal management of the case load of the court and shall not be deemed to vest any rights in litigants or their attorneys.'" *Moskovits v. Fed. Republic of Brazil*, No. 21-CV-4309, 2021 WL 4263069, at *3 (S.D.N.Y. Aug. 17, 2021) (quoting *United States v. Donziger*, Nos. 19-CR-561, 11-CV-691, 2020 WL 2216556, at *4 (S.D.N.Y. May 7, 2020)); *see also United States v. Brennerman*, No. 15-CV-0070, 2017 WL 3421397, at *10 (S.D.N.Y. Aug. 8, 2017) ("First, the RDB vest no rights in litigants—they are for internal management only."). "As the Second Circuit and numerous decisions of this Court and the Eastern District of New York have held, that fact alone dooms this aspect of [Plaintiff's] motion." *Brennerman*, 2017 WL 3421397, at *10 (collecting cases); *see also Sahu v. Union Carbide Corp.*, No. 04-CV-8825, 2010 WL 532307, at *1 (S.D.N.Y. Feb. 11, 2010). Citing no authority to reassign this case, the Court must deny the motion.

The Clerk of Court is respectfully directed to terminate the pending motion, (Dkt. No. 23), and to mail a copy of this decision to Plaintiff.

Date: 12/14/2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.

PAGE 6 OF 6

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



UNITED STATES POSTAL SERVICE®

Retail

**US POSTAGE PAID**
**$8.70**
Origin: 10956
11/19/21
3557050073-14

P

**PRIORITY MAIL 1-DAY®**

0 Lb 2.60 Oz

1020

EXPECTED DELIVERY DAY: 11/20/21

C099

SHIP
TO:
500 PEARL ST
NEW YORK NY 10007-1316

**USPS TRACKING® #**



9505 5163 3267 1323 5148 85

UNITED
POSTAL

- Expected delivery date sp
- Most domestic shipments
- USPS Tracking® included
- Limited international insur
- When used internationally

*Insurance does not cover certain i
Domestic Mail Manual at http://pe.
** See International Mail Manual at

**FLAT RATE E**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup,
scan the QR code.


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP

FROM: PRO SE PLAI
MYCOLA PANCHISHAK
17 AMUNDSEN LANE
NEW CITY
NY 10956

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 23 AM 10:07

TO:
PRO SE INTAKE
500 PEARL STREET
NEW YORK,
NY 10007.

USM P3
SDNY